# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**HEATHER M.,**

        **Plaintiff,**      **:**

    **v.**                    **Case No. 2:24-cv-19**
                                      **Chief Judge Sarah D. Morrison**
                                      **Magistrate Caroline H. Gentry**

**COMMISSIONER OF SOCIAL SECURITY,**            **:**

        **Defendant.**

## ORDER

This matter is before the Court on a Report and Recommendation issued by the Magistrate Judge on February 11, 2025. (ECF No. 14.) The time for filing objections has passed, and no objections have been filed. Accordingly, the Court **ADOPTS** and **AFFIRMS** the Report and Recommendation. For the reasons set forth therein, the Commissioner's decision is **REVERSED** and this action is **REMANDED** pursuant to Sentence Four of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation (ECF No. 14). The Clerk is **DIRECTED** to **TERMINATE** this case from the docket.

      **IT IS SO ORDERED.**

                        /s/ Sarah D. Morrison
                        **SARAH D. MORRISON, CHIEF JUDGE**
                        **UNITED STATES DISTRICT COURT**